**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                    )
**ALLISON ANNE DEVINE,**            )
                                    )   **CIVIL ACTION**
      **Plaintiff,**  )   **NO. 19-40060-TSH**
                                    )
      **v.**         )
                                    )
**ANDREW SAUL,**                    )
**Commissioner of Social Security,** )
                                    )
      **Defendant.**  )
_____)

**ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Docket No. 22 )**

**NOVEMBER 30, 2020**

**HILLMAN, D.J.,**

    After review of the Defendant's Partial Objections to the Magistrate Judge's Report and Recommendation (Docket No. 24) and the Plaintiff's Reply (Docket No. 25), the Report and Recommendation is accepted and adopted.  I ***adopt*** the Report and Recommendation (Docket No. 22).  Accordingly, the Defendant's Motion for an Order Affirming the Decision of the Commissioner (Docket No. 18) is ***denied*** and the Defendant's Motion for an Order Reversing the Decision of the Commissioner (Docket No. 14) is ***allowed***.  This matter shall be ***remanded*** to the ALJ for consideration of expert evidence concerning the Plaintiff's March 30, 2018 lumbar MRI.

**SO ORDERED.**

                                                 ***/s/ TIMOTHY S. HILLMAN***
                                                     **DISTRICT JUDGE**